UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ADALBERTO PORTALATIN and PETIA V. PETROVA<br>    Debtor(s) | : CHAPTER 13<br>:<br>:<br>: |
| CHARLES J. DEHART, III<br>STANDING CHAPTER 13 TRUSTEE<br>    Movant | :<br>:<br>:<br>: |
| vs. | :<br>: |
| ADALBERTO PORTALATIN and PETIA V. PETROVA<br>    Respondent(s) | :<br>:<br>: CASE NO. 5-16-bk-01336 |

WITHDRAWAL OF TRUSTEE'S OBJECTION TO
CHAPTER 13 PLAN

AND NOW, this 4th day of October, 2016, comes Charles J. Dehart, III, Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed on or about June 17, 2016 be withdrawn, as all issues have been resolved.

    Respectfully submitted,

    /s/Charles J. DeHart, III
    Standing Chapter 13 Trustee
    8125 Adams Drive, Suite A
    Hummelstown, PA 17036
    (717)566-6097

CERTIFICATE OF SERVICE

AND NOW, this 4th day of October, 2016, I hereby certify that I have served the within Motion by electronically notifying parties or depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Timothy Fisher, Esquire
P.O. Box 396
Gouldsboro, PA 18424

    /s/Deborah A. Behney
    Office of Charles J. DeHart, III
    Standing Chapter 13 Trustee