# UNITED STATES BANKRUPTCY COURT FOR THE
## MIDDLE DISTRICT of PENNSYLVANIA

In Re: Petia Petrova

Chapter     13

Case No     16-01336-JJT

## WITHDRAWAL OF PROOF OF CLAIM

TO THE CLERK:

We respectfully request the withdrawal of proof of claim no. 15     filed on behalf of

Creditor     Collins Asset Group, LLC.

In the amount of $ 545.03

Account is Sold

Respectfully submitted,
/ss/ RaeAnne Burleigh
Authorized Agent for Collins Asset Group, LLC.
Bass & Associates, P.C.
3936 E. Fort Lowell Rd.
Tucson, AZ 85712

**Dated:**     03/08/2018